ORIGINAL

1  KAREN P. HEWITT
   United States Attorney
2  CAROL M. LEE
   Assistant U. S. Attorney
3  California State Bar No. 219246
   Office of U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-6235/(619) 557-5401(Fax)
6  Email:Carol.Lee@usdoj.gov

7  Attorneys for Plaintiff
   United States of America

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   Civil No. 10 CV 0349
                                    )
11                                  )
              Plaintiff,            )
12    v.                            )   STATEMENT AND CONFESSION
                                    )   OF JUDGMENT
13 MICHAEL MONAHAN,                 )
                                    )
14            Defendant.            )
                                    )
15 _____

       State of California    )
16                            ) ss.
       County of San Diego    )
17
       I am a resident of the County of San Diego, State of California, and have confessed judgment
18
   to the United States of America as follows:
19
       Principal                                         $162,753.09
20     Interest at the rate of 8.25
          percent per annum from January 16, 2008        $ 36,185.84
21
       TOTAL                                             $198,938.93
22
       This sum is justly due to the United States of America and arises from a loan insured by the
23
   Department of Education.
24
       I empower the U. S. Attorney or any Assistant U. S. Attorney to appear for me and to enter
25
   judgment against me right now in the above amount. The debt will bear interest after judgment at the
26
   current legal rate compounded annually until paid in full, pursuant to the provisions of 28 U.S.C.
27
   1961(b).
28
   CML:cv:2010A2328101

1  I have been told that I have the right to consult with an attorney before signing this document,
2  but I knowingly and freely waive that opportunity and choose to sign this document without consulting
3  with an attorney or seeking the prior assistance of any attorney or other advisor.
4  I acknowledge that by signing this document, I may be waiving rights and defenses I might
5  otherwise interpose regarding this debt. I waive the right to have a complaint upon this obligation filed
6  against me in federal district court; the issuance of and service of process upon me of such a complaint;
7  any venue requirements in such suit; the right to obtain discovery from the government as to the
8  evidence of its claim; the right to a jury or court trial at which I could raise any objections or defenses
9  to the governments's claim; the right to require the government to prove its claim by preponderance of
10 the evidence; and the right to appeal any adverse decision by a court or jury to the court of appeals. I
11 understand that my signature allows the government to enter a judgment against me right now; that the
12 government will record an abstract of judgment with the County Recorder; and that the judgment may
13 appear on my credit record.
14 I also understand that if I fail to pay upon this judgment to be entered against me, my salary may
15 be garnished, or my real or personal property seized.

16
17                            *M. Monahan*
                              MICHAEL MONAHAN

18
19 STATE OF CALIFORNIA
   COUNTY OF SAN DIEGO   )

20 On February 10, 2010 before me, Claudia P. Vazquez-Pico, a Notary Public in and for said County and
   State, personally appeared Michael Monahan, who proved to me on the basis of satisfactory evidence
21 to be the person whose name is subscribed to the within instrument and acknowledged to me that he
   executed the same in his authorized capacity, and that by his signature on the instrument the person, or
22 the entity upon behalf of which the person acted, executed the instrument.

23 I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
   paragraph is true and correct.
24
25 WITNESS my hand and official seal

26 SIGNATURE _____

27
28
                                    2

*[Notary Seal: CLAUDIA P. VAZQUEZ-PICO, COMM. #1786605, NOTARY PUBLIC • CALIFORNIA, SAN DIEGO COUNTY, Comm. Exp. DEC. 23, 2011]*

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

**ORIGINAL**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
MICHAEL MONAHAN

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
KAREN P. HEWITT, U.S. Attorney
Mary C. Lundberg, Assistant U. S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893 (619) 557-6759

Attorneys (If Known)

FILED 2010 FEB 12 AM 11:29

**'10 CV 0349**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury - Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | PERSONAL PROPERTY | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | 370 Other Fraud | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| [X] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 371 Truth in Lending | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 380 Other Personal Property Damage | 690 Other | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 385 Property Damage Product Liability | LABOR | SOCIAL SECURITY | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Injury | | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment | Habeas Corpus: | 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | 871 IRS—Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 540 Mandamus & Other | | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | 550 Civil Rights | | | 950 Constitutionality of State Statutes |
| | 440 Other Civil Rights | 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title IV-B of the Higher Education Act of 1995, as amended 20 U.S.C. 1071 et Seq. (34 CFR. Part 682) 28:1345
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ $198,938.93
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD
CAROL M. LEE Assistant U.S. Attorney

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Waived