KAREN P. HEWITT
United States Attorney
CAROL M. LEE
Assistant U. S. Attorney
California State Bar No. 219246
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6235/(619) 557-5401(Fax)
Email:Carol.Lee@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Civil No. '10 CV 0349
                                )
            Plaintiff,          )
                                )
    v.                          )   JUDGMENT
                                )
MICHAEL MONAHAN,                )
                                )
            Defendant.          )
_____)

In accordance with the Statement and Confession of Judgment signed by the defendant and filed concurrently,

IT IS ORDERED that the plaintiff recover from the defendant the sum of $198,938.93.

Judgment is to accrue interest at the current legal rate compounded annually until paid in full, pursuant to the provisions of 28 U.S.C. 1961(b).

DATED: 2-12-10

W. SAMUEL HAMRICK, JR.
Clerk, U. S. District Court

By J. ROCHA
Deputy